**Opinion issued February 29, 2024**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-23-00768-CR

———————————

### JOSE JOAQUIN OSTIGIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the 179th District Court
### Harris County, Texas
### Trial Court Case No. 1633537

---

### MEMORANDUM OPINION

Appellant, Jose Joaquin Ostigin, has filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decisions have issued. *See* TEX. R. APP. P. 42.2(a), (b). Further, more than ten

days have passed and the State has not expressed opposition to appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P.  42.2(a), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).